UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re: § §
§ CASE NO.: 10-70990-CMS-
RAY L. SMITH, § §
§
DEBTOR. § CHAPTER 13

### AFFIDAVIT OF DEBTOR

STATE OF ALABAMA §
TUSCALOOSA COUNTY §  ss.

RAY L. SMITH, who is known to me, and who, being first duly sworn, deposes and says as follows:

1. My name is RAY L. SMITH. I am the debtor in the above case. I have personal knowledge of the facts and information set out herein.

2. 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure require that I furnish all payment advices that I received from all employers within sixty days preceding the filing of this bankruptcy petition.

3. I was unemployed from February 27, 2010 until March 27, 2010, and therefore do not have pay stubs for that period of time. I have furnished pay stubs during my periods of employment during the past sixty days prior to filing my petition.

4. Pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure, I have provided all of the payment advices that I have received during the sixty day period preceding the filing of this petition.

I make this affidavit on personal knowledge. Further, affiant saith not.

_____
Affiant (RAY L. SMITH)

**SWORN AND SUBSCRIBED BEFORE ME** on this 27th day of April 2010 at Tuscaloosa, Alabama, witness my hand and official seal of office.

_____
Notary Public, State At Large

My Commission Expires: 11-16-2013



# Earnings Statement

| | | |
|---|---|---|
| Period Beginning: | 03/28/2010 | |
| Period Ending: | 04/03/2010 | |
| Pay Date: | 04/09/2010 | |

CO.  FILE    DEPT.   CLOCK  NUMBER  030
RBZ  904630  006200         0052470261  1

HUDSON'S TREASURE HUNT, LLC
6633 HWY 49 SOUTH
HATTIESBURG, MS 39403

RAY SMITH
556 61ST
APT C
TUSCALOOSA, AL 35405

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3, $2 Additional Tax
AL: 3, $3 Additional Tax

Social Security Number: XXX-XX-2196

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.5000 | 39.25 | 294.38 | 489.38 |
| Gross Pay | | | $294.38 | 489.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2.00 | 4.00 |
| | Social Security Tax | -18.25 | 30.34 |
| | Medicare Tax | -4.27 | 7.10 |
| | AL State Income Tax | -10.12 | 15.27 |
| Net Pay | | $259.74 | |

Your federal taxable wages this period are $294.38
Your AL taxable wages this period are $294.38

©1998, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE
TEAR HERE